1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  TRUSTEES OF THE SAN DIEGO        )  Case No. 05-CV-1691-W (JMA)
    ROOFERS TRUST,                   )
12                                   )  **ORDER (1) VACATING TELEPHONIC**
                       Plaintiff,    )  **CASE MANAGEMENT CONFERENCE AND**
13                                   )  **(2) REGARDING SETTLEMENT**
    v.                               )  **DISPOSITION CONFERENCE**
14                                   )
    LAWRENCE STEVEN MONTERASTELLI,   )
15  etc., et al.,                    )
                                     )
16                     Defendants.   )
                                     )
17  _____ )

18       The parties have reported to the Court that the case has

19  settled.  Accordingly, **IT IS HEREBY ORDERED:**

20       1.  The telephonic Case Management Conference scheduled for

21  October 24, 2006 at 9:30 a.m. is <u>vacated</u>.

22       2.  The attorneys must personally appear for a Settlement

23  Disposition Conference on **November 16, 2006** at **4:00 p.m.** in the

24  chambers of Magistrate Judge Adler unless a signed stipulation

25  for dismissal is submitted to the Court, ***and a "Received" stamped***

26  ***copy is delivered directly to Magistrate Judge Adler's chambers***

27  ***in person or by facsimile at (619) 702-9939***, prior to that time.

28  If a copy of a signed stipulation for dismissal cannot be pro-

05cv1691

1  vided to the chambers of Magistrate Judge Adler on or before the

2  date indicated above, counsel shall contact the chambers of

3  Magistrate Judge Adler <u>at least one court day before</u> the date

4  indicated above to explain the reasons therefor.  <u>Failure to</u>

5  <u>comply with this order may be cause for the imposition of mone-</u>

6  <u>tary sanctions.</u>

7       **IT IS SO ORDERED**.

8  DATED:   October 23, 2006

9  _____

          Jan M. Adler

10          U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05cv1691